396 A.2d 854

Fanelli v. Pietro Pino Construction Co. et al., Appellants.

 Submitted June 12, 1978.
Frank Carano, for appellants; William E. Averona, for appellee.

Order affirmed.

HOFFMAN, J., did not participate in the consideration or decision of this case.